| | |
|---|---|
| 1 | Sara D. Beller (SBN 316210) |
| 2 | sara.beller@dolmanlaw.com |
|   | Matthew A. Dolman (*pro hac vice* forthcoming) |
| 3 | matt@dolmanlaw.com |
| 4 | R. Stanley Gipe (*pro hac vice* forthcoming) |
|   | stan.gipe@dolmanlaw.com |
| 5 | **DOLMAN LAW GROUP** |
|   | 800 N. Belcher Rd. |
| 6 | Clearwater, FL 33765 |
|   | Telephone: (727) 451-6900 |
| 7 | |
| 8 | Troy Rafferty (*pro hac vice* forthcoming) |
|   | troy@pbglaw.com |
| 9 | Madeline Pendley (*pro hac vice* forthcoming) |
|   | madeline@pbglaw.com |
| 10 | **RAFFERTY DOMINICK CUNNINGHAM & YAFFA** |
| 11 | 815 S. Palafox St., Third Floor |
|    | Penascola, FL 32502 |
| 12 | Telephone: (850) 813-4855 |
| 13 | *Attorneys for Plaintiff Jane Doe H.A.C. and Her Next Friend Jane Doe H.C* |

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| JANE DOE H.C., as guardian and next friend of minor plaintiff, JANE DOE H.A.C., <br><br> Plaintiff, <br><br> v. <br><br> ROBLOX CORPORATION and DISCORD, INC., <br><br> Defendants. | Case No: <br><br> **[PROPOSED] ORDER GRANTING PLAINTIFFS' MOTION TO PROCEED UNDER PSEUDONYM** |

IT IS HEREBY ORDERED that:

1. Plaintiffs **JANE DOE H.C.** and **JANE DOE H.A.C.** may proceed in this action under pseudonyms.
2. All public filings shall refer to Plaintiffs only by their designated pseudonyms.
3. The parties shall file any unredacted documents containing Plaintiffs' true names under seal, in compliance with Civil Local Rule 79-5 and any applicable standing orders.
4. This Order does not preclude the Court from revisiting the use of pseudonyms at a later stage of the proceedings if circumstances change.

IT IS SO ORDERED.

Dated: _____

                        Hon.

                        United States District Judge

[PROPOSED] ORDER GRANTING PLAINTIFFS' MOTION TO PROCEED UNDER PSEUDONYM