Sara D. Beller (SBN 316210)
sara.beller@dolmanlaw.com
Matthew A. Dolman (*pro hac vice* forthcoming)
matt@dolmanlaw.com
R. Stanley Gipe (*pro hac vice* forthcoming)
stan.gipe@dolmanlaw.com
**DOLMAN LAW GROUP**
800 N. Belcher Rd.
Clearwater, FL 33765
Telephone: (727) 451-6900

Troy Rafferty (*pro hac vice* forthcoming)
troy@pbglaw.com
Madeline Pendley (*pro hac vice* forthcoming)
madeline@pbglaw.com
**RAFFERTY DOMINICK**
**CUNNINGHAM & YAFFA**
815 S. Palafox St., Third Floor
Penascola, FL 32502
Telephone: (850) 813-4855

*Attorneys for Plaintiff Jane Doe H.A.C. and Her Next Friend Jane Doe H.C.*

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JANE DOE H.C., as guardian and next friend of minor plaintiff, JANE DOE H.A.C., <br><br> Plaintiff, <br><br> v. <br><br> ROBLOX CORPORATION and DISCORD, INC, <br><br> Defendants. | **Matter Relates to MDL No. 3166** <br><br> Case No: 3:25-cv-08076-RS <br><br> [~~PROPOSED~~] **ORDER GRANTING DLG'S MOTION TO WITHDRAW AS COUNSEL FOR PLAINTIFFS H.C. AND H.A.C.** |

This matter comes before the Court on the Motion of Dolman Law Group ("DLG") Rafferty Dominick Cunningham & Yaffa ("RDCY") (collectively, the "Plaintiffs' Firms") and to withdraw as

1

[PROPOSED] ORDER GRANTING DLG'S MOTION TO WITHDRAW AS COUNSEL FOR PLAINTIFFS

H.C. AND H.A.C.

counsel for Plaintiffs H.C. and H.A.C in the above-captioned case pursuant to Local Rule 11-5 and California Rules of Professional Conduct 1.16(b)(4) and 1.16(d).

1. Plaintiffs' Firms Motion is GRANTED.  Plaintiffs' Firms and its attorneys are terminated as counsel of record for Plaintiffs H.C. and H.A.C.

2. Pursuant to Local Rule 11-5(b), Plaintiffs' Firms is ordered to serve all notices, papers, or pleadings on Plaintiff by regular mail until such time as these Plaintiffs appear pro se or counsel appear on their behalf.

//

IT IS SO ORDERED.

Dated: _____July 31, 2026_____

_____

Hon. Richard Seeborg

United States District Judge

[PROPOSED] ORDER GRANTING DLG'S MOTION TO WITHDRAW AS COUNSEL FOR PLAINTIFFS H.C. AND H.A.C.