UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

JANE DOE H. C., et al.,

Plaintiffs,

v.

ROBLOX CORPORATION, et al.,

Defendants.

Case No. 25-cv-08076-RS

**ORDER TO SHOW CAUSE**

Plaintiff Jane Doe H. C. brought this action against Defendants Roblox Corp. and Discord Inc. for allegedly “recklessly and deceptively operating businesses in a way that led to the sexual exploitation and repeated harassment of Plaintiff.” Dkt. 1. On July 31, 2026, counsel for Plaintiff was permitted to withdraw pursuant to Local Rule 11-5 and California Rules of Professional Conduct 1.16(b)(4) and 1.16(d). Since this order was issued, Plaintiff has neither obtained new counsel nor expressed intent to represent herself *pro se*. Given these developments, Plaintiff is ordered to show cause why this case should not be dismissed by December 16, 2026. If no response is provided, the case will be dismissed without prejudice.

**IT IS SO ORDERED**.

Dated: November 16, 2026

RICHARD SEEBORG
United States District Judge

United States District Court
Northern District of California